**RICHARD H. CAULFIELD, SBN 50258**
**BRIAN C. HAYDON, SBN 154515**
**ANDREW T. CAULFIELD, SBN 238300**
**CAULFIELD, DAVIES & DONAHUE, LLP**
P.O. BOX 277010
Sacramento, CA  95827
Telephone:  (916) 817-2900
Facsimile:  (916) 817-2644

Attorneys for Defendant City of Isleton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| JUAN MARTINEZ PEREZ,<br><br>     Plaintiff,<br><br>v.<br><br>OFFICER W. ROE, in his individual capacity; CHIEF OF POLICE Ronald Jole, in his individual capacity; CITY OF ISLETON, a municipal corporation; and DOES 1 to 50, inclusive,<br><br>     Defendants. | Case No.  2:10-CV-01423-MCE-KJN<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS JOLE AND ROE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; EXTENSION OF JOINT STATUS REPORT SUBMISSION DEADLINE; AND TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271** |

Plaintiff JUAN MARTINEZ PEREZ ("Plaintiff"), by and through his undersigned counsel, and Defendant CITY OF ISLETON ("City"), by and through its undersigned counsel, and Defendants OFFICER W. ROE ("Roe") and CHIEF OF POLICE Ronald Jole ("Jole") (collectively, the "Parties"), hereby stipulate to the following:

1. **WHEREAS**, Plaintiff served its First Amended Complaint on the City on August 16, 2010.

2. **WHEREAS**, after receiving an extension of time to respond from Plaintiff, the City filed its Answer to Plaintiff's First Amended Complaint on September 30, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

3. **WHEREAS**, Plaintiff served his First Amended Complaint on Defendants Roe and Jole on August 24, 2010.

4. **WHEREAS**, Plaintiff agreed to an extension of time for Defendants Roe and Jole to respond to the First Amended Complaint, making their responses due on or before October 15, 2010.

5. **WHEREAS**, the Parties are actively conducting informal discovery and early case evaluation in this matter to evaluate the possibility of an early settlement and/or resolution of this matter in order to spare the expense involved in prolonged litigation.

6. **WHEREAS**, Plaintiff agrees to a further 60 day extension of time for Defendants Roe and Jole to respond to the First Amended Complaint, making responses from Defendants Roe and Jole due on or before December 14, 2010.

7. **WHEREAS**, item number 4 in the Court's Order Requiring Joint Status Report requires that within 60 days of service of the complaint on any party, the Parties confer as required by Fed. R. Civ. P. 26(f) and prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan.  Accordingly, the due date for submission of the joint status report to the Court is October 15, 2010 (based on service of the First Amended Complaint on the City on August 16, 2010).

8. **WHEREAS**, the Parties respectfully request that the Court grant an extension of time to submit a joint status report as per item number 4 in the Court's Order Requiring Joint Status Report to December 31, 2010.

9. Pursuant to Local Rule 271, the Parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

//
//
//
//
//
//
//

PDF created with pdfFactory trial version www.pdffactory.com

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. The time in which Defendants Roe and Jole may answer, move, or otherwise respond to Plaintiff's First Amended Complaint is extended from October 15, 2010 to December 14, 2010.

2. The time identified in item number 4 in the Court's Order Requiring Joint Status report in which the Parties are to submit a joint status report that includes the Rule 26(f) discovery plan is extended from within 60 days of service of the complaint on any party, as set forth in the Order, to December 31, 2010.

3. The Parties agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

**IT IS SO STIPULATED.**

Dated: October 19, 2010         **CAULFIELD DAVIES & DONAHUE, LLP**

By:    /s/ Andrew T. Caulfield

Richard H. Caulfield
Andrew T. Caulfield
Attorneys for Defendant CITY OF ISLETON
P.O. Box 277010
Sacramento, CA 95827
(916) 817-2900

Dated: October 19, 2010         **COLDERBANK LAW**

By:    /s/ Tania H. Colderbank

Tania H. Colderbank
Attorney for Plaintiff JUAN MARTINEZ PEREZ
117 J. Street, Suite 300
Sacramento, CA 95814
(916) 440-0236

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October 19, 2010

By: /s/ Officer W. Roe
(original signature retained by attorney Andrew T. Caulfield)

**Defendant OFFICER W. ROE**

Dated: October 19, 2010

By: /s/ Ronald Jole
(original signature retained by attorney Andrew T. Caulfield)

**Defendant CHIEF OF POLICE, Ronald Jole**

**IT IS SO ORDERED.**

DATED: October 19, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com