*Note from Jenn: Signatures are in PDF version.*

**RICHARD H. CAULFIELD, SBN 50258**
**BRIAN C. HAYDON, SBN 154515**
**ANDREW T. CAULFIELD, SBN 238300**
**CAULFIELD, DAVIES & DONAHUE, LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**Attorneys for Defendant City of Isleton**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| JUAN MARTINEZ PEREZ,<br><br>             Plaintiff,<br><br>      v.<br><br>OFFICER W. ROE, in his individual capacity; CHIEF OF POLICE Ronald Jole, in his individual capacity; CITY OF ISLETON, a municipal corporation; and DOES 1 to 50, inclusive,<br><br>             Defendants. | Case No.  2:10-CV-01423-KJM-KJN<br><br>**STIPULATION AND ORDER RE FURTHER EXTENSION OF TIME FOR DEFENDANTS JOLE AND ROE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND ADDITIONAL EXTENSION OF JOINT STATUS REPORT SUBMISSION DEADLINE** |

      Plaintiff JUAN MARTINEZ PEREZ ("Plaintiff"), by and through his undersigned counsel, and Defendant CITY OF ISLETON ("City"), by and through its undersigned counsel, and Defendants OFFICER W. ROE ("Roe") and CHIEF OF POLICE Ronald Jole ("Jole") (collectively, the "Parties"), hereby stipulate to the following:

      1.      **WHEREAS**, on October 19, 2009 the Parties executed a Stipulation and Order, and the Court signed the Order (Dkt # 17), which indicated the following: (a)   The time in which Defendants Roe and Jole may answer, move, or otherwise respond to Plaintiff's First Amended

Complaint was extended from October 15, 2010 to December 14, 2010; (b) The time identified in item number 4 of the Court's Order Requiring Joint Status report in which the Parties are to submit a joint status report that includes the Rule 26(f) discovery plan was extended from within 60 days of service of the complaint on any party, as set forth in the Order, to December 31, 2010; and (c) The case was referred to VDRP.

    2. **WHEREAS**, on December 14, 2010, and upon further stipulation of the Parties, the Court signed an Order extending the time in which Defendants Roe and Jole may answer, move, or otherwise respond to Plaintiff's First Amended Complaint from December 14, 2010 to January 25, 2010. The Order further extended the time in which the Parties are to submit a joint status report (as required by item number 4 in the Court's Order Requiring Joint Status Report) from December 31, 2010 to January 31, 2011.

    3. **WHEREAS**, the Parties completed a VDRP session on January 11, 2011. Although the Parties did not reach a settlement during the VDRP session, the Parties are currently engaging in ongoing settlement discussions.

    4. **WHEREAS**, in light of ongoing settlement discussions, Plaintiff agrees to an additional extension of time for Defendants Roe and Jole to respond to the First Amended Complaint, making their responses due on or before February 8, 2011.

    5. **WHEREAS**, in light of ongoing settlement discussions, the Parties respectfully request that the Court grant an additional extension of time to submit a joint status report (as required by item number 4 in the Court's Order Requiring Joint Status Report) from January 31, 2010 to February 28, 2011.

//
//
//
//
//
//
//

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. The time in which Defendants Roe and Jole may answer, move, or otherwise respond to Plaintiff's First Amended Complaint is extended from January 25, 2011 to February 8, 2011.

2. The time in which the Parties are to submit a joint status report (as required by item number 4 in the Court's Order Requiring Joint Status Report) is extended from January 31, 2011 to February 28, 2011.

**IT IS SO STIPULATED.**

Dated:  February 1, 2011        **CAULFIELD DAVIES & DONAHUE, LLP**

By:___/s/ Richard H. Caulfield____

Richard H. Caulfield
Andrew T. Caulfield
Attorneys for Defendant CITY OF ISLETON
P.O. Box 277010
Sacramento, CA 95827
(916) 817-2900

Dated:  February 1, 2011        **COLDERBANK LAW**

By:___/s/ Tania H. Colderbank

Tania H. Colderbank
Attorney for Plaintiff JUAN MARTINEZ PEREZ
117 J. Street, Suite 300
Sacramento, CA 95814
(916) 440-0236

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

Dated:  February 1, 2011

By:_____
(original signature retained by attorney Andrew T. Caulfield)

**Defendant OFFICER W. ROE**

Dated:  February 1, 2011

By:_____
(original signature retained by attorney Andrew T. Caulfield)

**Defendant CHIEF OF POLICE, Ronald Jole**

**IT IS SO ORDERED.**

DATED: February 1, 2011

_____
UNITED STATES DISTRICT JUDGE